# PEOPLE v. CARTY.

## April 3, 1884.

### 3 Pac. 609.

**New Trial.—Newly Discovered Evidence** is a ground for a new trial.

APPEAL from the Superior Court of the City and County of San Francisco.

The defendant in this action was indicted and convicted of manslaughter. The defendant then moved for a new trial. on the ground of newly discovered evidence, asking time and process to produce new witnesses, etc. . This the court denied. Defendant appealed.

H. E. Highton for appellant; Attorney General for respondent.

By the COURT.—In this cause defendant moved for a new trial on the ground, inter alia, of newly discovered evidence. We have examined the affidavits as to such newly discovered

evidence, and think that they bring the application within the rules of law and that defendant should have a new trial.

The judgment and order are reversed and the cause remanded that it may be tried anew.